In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00420-CV
_____

IN RE COMMITMENT OF ZACHARY HALSELL

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 04-01-00365 CV

MEMORANDUM OPINION

In an appeal from an order entered in a sexually-violent-predator proceeding, we are asked to address whether we possess appellate jurisdiction over an order changing the entity that approves where Zachary Halsell is required to reside. We conclude that the trial court's order is not appealable, and we also conclude that mandamus relief on the issues Halsell raises is not warranted. Accordingly, we dismiss the appeal for lack of jurisdiction.

Recently, in *In re Commitment of Cortez*, we addressed the same issues as set forth in Halsell's brief and concluded that we did not have appellate jurisdiction

1

over his issues. No. 09-12-00385-CV, 2013 WL 3270613, at *2 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We also considered whether Cortez raised issues entitling him to mandamus relief. *See id.* at **2-6.

For the same reasons stated in *Cortez*, we conclude that we lack appellate jurisdiction to review the trial court's order dated July 26, 2012, and that Halsell has not demonstrated that he should receive mandamus relief. Accordingly, we dismiss Halsell's appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON<br>
Justice

Submitted on July 10, 2013
Opinion Delivered August 15, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.